**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01613-BNB

LEO SIMMONS,

    Plaintiff,

v.

KEVIN MILYARD,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Reconsideration and Review, Doc. No. 14, is denied as inappropriately filed in this action.  Also, inadvertently, the Court's October 19, 2011 Order, on Page 5 of the Order, refers to Document No. 4 rather than Document No. 3 as the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Document No. 3 then shall be denied.

Dated:  October 20, 2011