IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01613-BNB

LEO SIMMONS

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
KEVIN MILYARD, Warden,
TIMOTHY USRY, Major,
SCOTT, Captain,
LT. SHIFT COMMANDER,
BANUELOS, C/O In Charge Unit 24, and
MEDICAL COORDINATOR,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Leo Simmons, is a state prisoner and currently is incarcerated at the Colorado Department of Corrections facility in Sterling, Colorado. On October 19, 2011, the Court denied Mr. Simmons leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), because he has filed at least three actions that were dismissed as either legally frivolous or for failure to state a claim, and he has failed to set forth specific allegations in this action of ongoing serious physical injury or a pattern of misconduct evidencing the likelihood of imminent serious physical injury. The Court instructed Mr. Simmons to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Simmons that if he

failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Simmons filed a Motion for Reconsideration of the October 19 Order that the Court denied on November 8, 2011. Mr. Simmons was directed to pay the $350.00 filing fee within twenty-one days of the November 8 Order. He has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Mr. Simmons failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this  8th  day of    December   , 2011.

BY THE COURT:


   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court