**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01613-LTB

LEO SIMMONS,

      Plaintiff,

v.

TOM CLEMENTS, Executive Director,
KEVIN MILYARD, Warden,
TIMOTHY USRY, Major,
SCOTT, Captain,
LT. SHIFT COMMANDER,
BANUELOS, C/O In Charge Unit 24, and
MEDICAL COORDINATOR,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE LEWIS T. BABCOCK

      On December 16, 2011, Plaintiff filed a Motion for Removal (Doc. No. 26) and a "Motion to Compel the Following Materials Through This Court" (Doc. No. 25).  The Motions are DENIED as moot. This case was dismissed on December 8, 2011.

Dated:  December 19, 2011